124 F.3d 188
 Lawrence D. Spiegel, Dr.
v.
Deborah T. Poritz, Attorney General, State of New Jersey
Department of Law and Public Safety, Joan D. Gelber, Deputy
Attorney General of New Jersey Dept. of Law & Public Safety,
Newark, N.J., Peter D. Alvino, Deputy Atty. General, State
of New Jersey, Dept. of Law & Public Safety, Newark, N.J.,
Kathy Rorh, Deputy Atty. General, State of New Jersey, Dept.
of Law & Public Safety, Newark, N.J., Paul Brush, Exec. Dir.
New Jersey Board of
 NO. 96-5206
 United States Court of Appeals,
Third Circuit.
 July 21, 1997
 Appeal From: D.N.J. ,No.95cv04182
 
 1
 Appeal Dismissed.